77,934-04

From: MARCEL NWAGWU                    May 7, 2015
        TDCJ No. 1593238
        C.T. Terrell Unit
        1300 FM 655
        Roshalon Texas 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 11 2015

Abel Acosta, Clerk

To: Abel Acosta, Clerk
     Court of Criminal Appeals
     P.O. Box 12308 Capitol Station
     Austin, Texas 78711

RE: MARCEL NWAGWU
     CCA No. WR 77,934-04
     Trial Court No. D-1-DC-07-904098-C
     Letter Requesting Status of Motions

DEAR MR. ACOSTA,
I am writing in regards to the status
of two motions submitted for filing on
April 23, 2015 before this court in regards
to Applicant Appeal described above. These
motions are:
(1) Applicants Motion for leave to file Supple-
ment to Applicants Original Traverse and
Rebuttal Petition to States Original Answer
and trial courts finding of facts and...

(1)

RECOMMENDATION (2) AND the Accompaning
Motion to Supplement...

Additionally these motions had Exhibits
Attachments And Applicant is Requesting
the cost to have copies of these Exhibits
maded And provided to Applicant And
the dates this court filed the Motions
And Exhibits.

I do greatly Appreciate your time
And Assistant in this Matter And pray
to hear from you or your office soon.

Sincerely

Marcel Nwaguu
TDCJ No. 1593238

(2)